1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    Case No.: 5:22-MJ-00248-DUTY
                                      )
12                    Plaintiff,      )    ORDER OF DETENTION PENDING
                                      )    FURTHER REVOCATION
13         v.                         )    PROCEEDINGS
                                      )    (FED. R. CRIM. P. 32.1(a)(6); 18
14   STEVEN JESSIE SAUCEDO            )    U.S.C. § 3143(a)(1))
                                      )
15                    Defendant.      )
     _____ )

16         The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the __Southern__ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20         Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (×)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)   information in the Pretrial Services Report and Recommendation

26              (×)   information in the violation petition and report(s)

27              (×)   the defendant's nonobjection to detention at this time

28              ( )   other: _____

                                      1

1      and/ or

2  B. (×)   The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the safety

4      of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6      (×)   information in the Pretrial Services Report and Recommendation

7      (×)   information in the violation petition and report(s)

8      (×)   the defendant's nonobjection to detention at this time

9      (  )   other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 04/22/2022

15      SHASHI H. KEWALRAMANI
       UNITED STATES MAGISTRATE JUDGE